**DENY and Opinion Filed December 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00891-CV**

**IN RE MEGATEL HOMES III, LLC, Relator**

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-02960**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Smith

In its October 13, 2021 petition for writ of mandamus, relator challenges the trial court's order expunging the notices of lis pendens. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate remedy by appeal. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition, response, reply, and the record, we conclude that relator has failed to show a clear abuse of discretion. Accordingly, we deny relator's petition for writ of mandamus, and lift the stay issued by this Court's November 3, 2021 order.

Having lifted the stay, we also deny as moot real parties in interest's emergency motion to reconsider the stay.

/Craig Smith/
CRAIG SMITH
JUSTICE

210891F.P05